IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| REGINA T.,<br>　　　Plaintiff,<br><br>v.<br><br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br>　　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 3:23-CV-02090-N-BW |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND
RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **partially GRANTS** Plaintiff's Motion for Attorney fees and awards $10,661.26 (2.5 attorney hours in 2023 x $240.00 per hour; 39.8 attorney hours in 2024 x $243.75 per hour; and 3.0 paralegal hours x $120 per hour) plus $8.56 in fees for a total amount of **$10,669.82**.

　　**SO ORDERED**.

Signed August 22, 2025.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DAVID C. GODBEY
　　　　　　　　　　　　　　　　　　United States Chief District Judge

-1-